UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. KENDRICKS,<br><br>                    Petitioner,<br><br>          v.<br><br>W.L. MONTGOMERY, Warden<br><br>                    Respondent. | <u>Case Nos.</u><br><br>1:15-cv-01552-BAM  HC<br>1:15-cv-01617-BAM  HC<br><br>ORDER DISMISSING PETITION<br>WITH LEAVE TO AMEND<br><br>ORDER DIRECTING CLERK OF COURT<br>TO BIFURCATE CASE |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he pleads grounds for relief arising from two separate state court cases (Fresno County Superior Court, Case No. F09905956 and Case No. CF05908429). "A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgments covering the judgment or judgments of each court."  Rule 2(e), Rules Governing Section 2254 Cases in the United States District Courts.  To enable Petitioner's claims to go forward, the Court will dismiss the current petition, which does not comply with the rules, and grant Petitioner leave to amend his claims to constitute two petitions.

If Petitioner elects to amend his petition, as this order permits him to do, all grounds for relief (claims) relating to Case No. F09905956 shall be pleaded in an amended petition using the

1

federal case number 1:15-cv-01552-BAM HC.  All grounds for relief (claims) relating to Case No. CF05908429 shall be pleaded in an amended petition using the federal case number 1:15-cv-01617-BAM HC.  If any claim in the existing petition relates to both state cases, Petitioner must plead it in each amended petition.  Each petition must be complete in itself without reference to the other petition.

Accordingly, it is hereby ORDERED:

1. The Clerk of Court shall open a new case, numbered 1:15-cv-01617-BAM HC, and file in that case a copy of the original petition, originally filed as 1:15-cv-01552-BAM HC, Doc. 1.

2. The petition for writ of habeas corpus is DISMISSED with leave to amend.

3. The Clerk of Court shall file a copy of this order in case no. 1:15-cv-01552-BAM HC and in case no. 1:15-cv-01617-BAM HC.

4. The Clerk of Court shall send Petitioner a copy of this order and two copies of the form for Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.

5. Within 30 days of service of this order, Petitioner shall file two amended petitions.  All grounds for relief (claims) relating to state case No. F09905956 shall be pleaded in an amended petition using the federal case number 1:15-cv-01552-BAM HC.  All grounds for relief (claims) relating to Case No. CF05908429 shall be pleaded in an amended petition using the federal case number 1:15-cv-01617-BAM HC.  If any claim in the original petition relates to both state cases, Petitioner must plead that claim in each amended petition.  Each petition must be complete in itself without reference to the other petition.

6. Petitioner shall sign each petition under penalty of perjury.

7. If Petitioner fails to file the amended petitions within 30 days from the date of service of this order, this action will be dismissed without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated:  **October 26, 2015**            /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE